UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTORIA ANI,<br><br>                    Plaintiff,<br><br>   v.<br><br>LEE ZELDIN, *EPA Administrator*,<br><br>                    Defendant. | Case No. 1:24-cv-3328 (JMC) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Ani's motion to transfer, ECF 7, is **DENIED.** The Government's motion to transfer or dismiss, ECF 9, is **GRANTED in part and DENIED in part**. The Government's request to transfer the case to the United States District Court for the Southern District of New York is granted, and its motion to dismiss in the alternative is denied as moot.

The Clerk of Court shall transfer this case to the Southern District of New York.

**SO ORDERED.**

                                                                                                           _____
                                                                                                            JIA M. COBB
                                                                                                            United States District Judge

Date: December 4, 2025